UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:24-cv-02974-JLS-AJR                                  Date:  August 8, 2024
                                                                                       Page 1 of 2

Title:   John Fay v. Robert Luna

DOCKET ENTRY:   **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                                             None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On April 12, 2024, *pro se* Plaintiff John Fay ("Plaintiff"), an inmate in the custody of the California Men's Colony prison, filed a Civil Rights Complaint (the "Complaint"). (Dkt. 1.)  On April 22, 2024, the Court screened the Complaint and issued an order dismissing the Complaint with leave to amend.  (Dkt. 8.)  Meanwhile, on April 24, 2024, Plaintiff filed a First Amended Complaint ("FAC").  (Dkt. 10.)  On April 26, 2024, the Court issued an order dismissing the FAC with leave to amend.  (Dkt. 12.)  Plaintiff had until May 26, 2024 to file a Second Amended Complaint ("SAC").  (Id. at 12.)  On June 17, 2024, among other things, the Court granted Plaintiff until July 17, 2024 to file a SAC. (Dkt. 18.)

Three weeks have passed since Plaintiff's deadline to file a SAC in response to the Court's Order.  As of today, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so.  The action cannot move forward unless and until Plaintiff files an amended complaint.  Plaintiff is ordered to file a SAC, if any, by **August 22, 2024** or show cause why the action should not be dismissed with prejudice for

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.    2:24-cv-02974-JLS-AJR | Date:  August 8, 2024 |
| | Page 2 of 2 |

Title:     John Fay v. Robert Luna

failure to prosecute.  If Plaintiff chooses to file a SAC, it should bear the docket number assigned to this case (2:24-cv-02974-JLS-AJR), be labeled "Second Amended Complaint," and be complete and of itself without reference in any manner to the original Complaint, the FAC, or any other documents (except any documents that Plaintiff chooses to attach to the SAC as exhibits).  Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.  <u>Should Plaintiff decide to file a SAC, he is encouraged to utilize the CV-66 form complaint attached to this Order</u>.

**Plaintiff is expressly advised that if he does not file a SAC by the Court's deadline or respond to this order, the Court will recommend that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.**  If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  <u>A form Notice of Dismissal is attached for Plaintiff's convenience</u>.

IT IS SO ORDERED.

Attachments:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.