JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FAY, | Case No. 2:24-cv-02974-JLS-AJR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ROBERT LUNA, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 28, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE